UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. **4:22-CR-00602 SRC** |
| | ) | |
| v. | ) | |
| | ) | |
| LINDSAY J. MAUPIN, | ) | |
| | ) | |
| Defendant. | ) | |

## INFORMATION

The United States Attorney charges that:

## BACKGROUND

1.      At all relevant times, the defendant, Lindsay J. Maupin ("the defendant"), was a registered nurse.

2.      From on or about November 18, 2019 until on or about February 2, 2020, the defendant was employed as nurse by Mercy South Hospital.

3.      In her capacity as a nurse employed by Mercy South Hospital, the defendant assisted in preparing prescription drugs and administering them to patients.

4.      Certain prescription drugs are defined by federal and state law as controlled substances.   Controlled substances are drugs that have some potential for abuse or dependence. Controlled substances are placed into one of five schedules, based on the potential for abuse and the severity of the effects if a person abuses the drug.   Of the controlled substances that can legally be prescribed, Schedule II drugs have the highest potential for abuse because of the risks of severe psychological or physical dependence.   Fentanyl is an example of a Schedule II drug.

5.      During the relevant timeframe, Mercy South Hospital kept controlled substances in

1

security-based cabinets called "Pyxis" machines, that, stationed in various designated areas within the hospital, stored and dispensed medications to medical staff. The medications stored in the Pyxis machines included Schedule II controlled substances, including fentanyl. The automated Pyxis machines electronically tracked their respective inventories, including specific reductions in inventory when authorized users, such as the defendant, logged into the Pyxis machines and withdrew prescription drugs, such as fentanyl.

6.      In her capacity as a nurse employed by Mercy South Hospital, the defendant was often tasked with withdrawing prescription drugs, including controlled substances, from the various Pyxis machines, and then preparing and administering those drugs to patients. Hospital protocol dictated that, in instances in which the patient did not require some or all of the medication withdrawn from the Pyxis machine, the medical professional who withdrew the medication should either (1) return the medication to the Pyxis machine, if the medication had not been tampered with and was still intact, or (2) waste the medication, if the medication had been tampered with and was therefore not intact.

## COUNT 1

### Obtaining Controlled Substances by Fraud
### Title 21, United States Code, Section 843(a)(3)

7.      Between on or about January 18, 2020, and February 2, 2020, the defendant devised and executed a scheme to falsely and fraudulently withdraw and obtain controlled substance medications from the Pyxis machines at Mercy South Hospital where she worked as a nurse. Specifically, for her own personal use and without a legal prescription, the defendant, on multiple occasions, illegally utilized her access to the Pyxis machines at Mercy South Hospital to withdraw fentanyl, a Schedule II controlled substance, that she did not administer to a patient, return to a

2

Pyxis machine, or waste.   Instead, the defendant thereby obtained fentanyl for her own personal use and without a legal prescription.

8.      On or about February 2, 2020, within the Eastern District of Missouri,

**LINDSAY J. MAUPIN,**

the defendant herein, did knowingly and intentionally acquire and obtain possession of a controlled substance, to wit: fentanyl, a Schedule II controlled substance, by misrepresentation, fraud, and deception.

All in violation of Title 21, United States Code, Section 843(a)(3).

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney


AMY E. SESTRIC, #66219MO
Assistant United States Attorney

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

I, Amy E. Sestric, Assistant United States Attorney for the Eastern District of Missouri,

being duly sworn, do say that the foregoing information is true as I verily believe.

AMY E. SESTRIC, #66219MO

Subscribed and sworn to before me this _27th_ day of October, 2022.

CLERK, U.S. DISTRICT COURT

By: _____
DEPUTY CLERK